**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern     District of    Texas
                                          (State)

Case number (If known):  19-          Chapter    11

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Monitronics International, Inc. |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** | MONI, MONI Smart Security, Brinks Home Security, Brinks Home |
| | Include any assumed names, trade names, and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 7  4 – 2  7  1  9  3  4  3 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 1990 Wittington Place | CT Corporation System, 1999 Bryan St., Ste. 900 |
| Number          Street | Number          Street |
| Farmers Branch        Texas        75234 | Dallas        Texas        75201-3136 |
| City                  State        ZIP Code | City          State        ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Dallas County | |
| County | Number          Street |
| | City          State        ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | Brinkshome.com |

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify:

| Debtor | Monitronics International, Inc. | Case number (if known) | 19- |
|---|---|---|---|
| | Name | | |

**7.    Describe debtor's business**

A.  *Check one:*

☐  Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐  Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐  Railroad (as defined in 11 U.S.C. § 101(44))

☐  Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐  Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐  Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒  None of the above

B.  *Check all that apply:*

☐  Tax-exempt entity (as described in 26 U.S.C. § 501)

☐  Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐  Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C.  NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

<u>1</u>    <u>6</u>    <u>2</u>    <u>1</u>

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐  Chapter 7

☐  Chapter 9

☒  Chapter 11.  *Check all that apply:*

☐  Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 on a consolidated basis (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐  The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☒  A plan is being filed with this petition.

☒  Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☒  The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐  The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐  Chapter 12

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒  No

☐  Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| | | | MM / DD / YYYY | | |
| District | _____ | When | _____ | Case number | _____ |
| | | | MM / DD / YYYY | | |

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐  No

☒  Yes.

| Debtor | See Schedule 1 | Relationship | |
|---|---|---|---|
| District | Southern District of Texas | When | _____ |
| | | | MM / DD / YYYY |
| Case number, if known | _____ | | |

Debtor    Monitronics International, Inc.                                     Case number (if known)   19-
_____
          Name

**11. Why is the case filed in *this* district?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**  _____
                            Number      Street

_____

_____    _____    _____
City                  State       ZIP Code

**Is the property insured?**

☐ No.

☐ Yes. Insurance agency  _____

     Contact name  _____

     Phone  _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49           ☒ 1,000-5,000       ☐ 25,001-50,000
☐ 50-99          ☐ 5,001-10,000      ☐ 50,001-100,000
☐ 100-199        ☐ 10,001-25,000     ☐ More than 100,000
*Consolidated for all Debtors* ☐ 200-999

**15. Estimated assets**

☐ $0-$50,000              ☐ $1,000,001-$10 million        ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million       ☒ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion
*Consolidated for all Debtors* ☐ $500,001-$1 million   ☐ $100,000,001-$500 million    ☐ More than $50 billion

DocuSign Envelope ID: 8DBB67CE-52AA-4298-AD5A-314DE29EC48F

| Debtor | Monitronics International, Inc. | | Case number (if known) | 19- |
|---|---|---|---|---|
| | Name | | | |

**16.  Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☒ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

*Consolidated for all Debtors

---

| Request for Relief, Declaration, and Signatures |
|---|

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17.  Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   06/30/2019
MM / DD / YYYY

DocuSigned by: *Fred Graffam*
0D4882B8ECB147E

x _____
Signature of authorized representative of debtor

Fred Graffam
Printed name

Title   CFO, Executive Vice President, and Asst. Secretary

**18.  Signature of attorney**

x _____
Signature of attorney for debtor

Date   6/30/2019
MM / DD / YYYY

Timothy A. Davidson II
Printed Name

Hunton Andrews Kurth LLP
Firm name

600 Travis Street, Ste. 4200
Number        Street

Houston
City

TX
State

77002
Zip Code

713-220-4200
Contact phone

taddavidson@HuntonAK.com
Email address

24012503
Bar number

TX
State

---

Official Form 201A (12/15)

## Attachment to Voluntary Petition for Non-Individuals Filing for
## Bankruptcy under Chapter 11

1.    If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is 333-110025.

2.    The following financial data is the latest available information and refers to the debtor's condition on March 31, 2019.

a.    Total assets[1]                                                     $1,330,914,000

b.    Total debts (including debts listed in 2.c., below)         $1,954,689,000

c.    Debt securities held by more than 500 holders

|  |  |  |  | Approximate number of holders: |
|---|---|---|---|---|
| secured ☐ | unsecured ☐ | subordinated ☐ | $ See Schedule 2 | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |

d.    Number of shares of preferred stock                         0

e.    Number of shares common stock[2]                            1,000

Comments, if any: _____

_____

_____

3.    Brief description of debtor's business:  Monitronics International, Inc. provides residential customers and commercial client accounts with monitored home and business security systems, as well as interactive and home automation services.

4.    List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:  Ascent Capital Group, Inc.

---

[1]    The total assets and total debts in 2.a. and 2.b. include the consolidated assets and debts of each of the Debtors and are based on amounts reported in Monitronics International, Inc.'s Form 10-Q for the quarterly period ending on March 31, 2019.

[2]    As reported in Monitronics International, Inc.'s Form 10-Q for the quarterly period ending on March 31, 2019.

**SCHEDULE 1**

On the date hereof, each of the affiliated entities listed below, including the debtor in this chapter 11 case (collectively, the "**Debtors**"), filed a petition with this Court for relief under chapter 11 of the Bankruptcy Code.  Contemporaneously with the filing of their petitions, the Debtors filed a motion requesting that the chapter 11 cases of the entities listed below be consolidated for procedural purposes only and jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure.

| Company | Date Filed | District |
|---|---|---|
| Monitronics International, Inc. | June 30, 2019 | S.D.Tex. |
| Monitronics Security LP | June 30, 2019 | S.D.Tex. |
| Monitronics Canada, Inc. | June 30, 2019 | S.D.Tex. |
| LiveWatch Security, LLC | June 30, 2019 | S.D.Tex. |
| Security Networks LLC | June 30, 2019 | S.D.Tex. |
| MIBU Servicer Inc. | June 30, 2019 | S.D.Tex. |
| Platinum Security Solutions, Inc. | June 30, 2019 | S.D.Tex. |
| Monitronics Funding LP | June 30, 2019 | S.D.Tex. |
| MI Servicer LP, LLC | June 30, 2019 | S.D.Tex. |

**SCHEDULE 2**

The following financial data is the latest available information and refers to the Debtor's financial condition on March 31, 2019:

| Type | Maturity | Principal Amount Outstanding | Secured / Unsecured | Approximate Number of Holders (Estimated) |
|---|---|---|---|---|
| Revolving Credit Facility | September 30, 2021 | $181,400,000 | Secured | 14 |
| Term Loan Facility | September 30, 2022 | $1,072,500,000 | Secured | 245 |
| Senior Unsecured Notes | April 1, 2020 | $585,000,000 | Unsecured | +1,000 |

# RESOLUTIONS ADOPTED BY
## UNANIMOUS WRITTEN CONSENT OF THE BOARD OF DIRECTORS
## OF
## MONITRONICS INTERNATIONAL, INC.

_____

On this 30th day of June, 2019, the undersigned, being all of the members of the board of directors (the "**Board of Directors**") of Monitronics International, Inc., a Texas corporation (the "**Company**" and, collectively with Monitronics Security LP, Monitronics Canada, Inc., LiveWatch Security, LLC, Security Networks LLC, MIBU Servicer Inc., Platinum Security Solutions, Inc., Monitronics Funding LP, and MI Servicer LP, LLC, the "**Companies**"), hereby consent in writing, pursuant to the provisions of applicable law, based on the advice of the Company's professionals and advisors, and after thorough discussions, to taking the following actions and adopting the following resolutions:

**Chapter 11 Cases**

**NOW, THEREFORE, BE IT RESOLVED**, that in the judgment of the Board of Directors it is desirable and in the best interests of the Company, its creditors, stockholders, and other interested parties, that the Company seek relief under the provisions of Chapter 11, Title 11 of the United States Code (the "**Bankruptcy Code**"); and it is further

**RESOLVED**, that the Company is hereby authorized, and each "**Authorized Person**" (as defined below) shall be, and hereby is, authorized and directed on behalf of the Company to commence a case under Chapter 11 of the Bankruptcy Code (the "**Chapter 11 Case**") by executing, verifying and delivering a voluntary petition in the name of the Company under Chapter 11 of the Bankruptcy Code and causing the same to be filed with the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**") in such form and at such time as the Authorized Person executing said petition shall determine; and it is further

**RESOLVED**, that the Company is hereby authorized, and each Authorized Person shall be, and hereby is, authorized and directed on behalf of the Company, to seek to have its Chapter 11 Case jointly administered by the Bankruptcy Court with the separate cases commenced by the other Companies under Chapter 11 of the Bankruptcy Code (the respective Chapter 11 Case together with such other separate cases, the "**Chapter 11 Cases**"); and it is further

**RESOLVED**, that the Company is hereby authorized, and each Authorized Person shall be, and hereby is, authorized, directed and empowered, on behalf of and in the name of the Company, to take all actions necessary or appropriate for the Company to obtain post-petition financing according to the terms negotiated by such Authorized Person, including under one or more debtor-in-possession credit facilities, and to effectuate the foregoing, to enter into such loan agreements, documents, notes, guaranties, security agreements, pledge agreements and all other documents, agreements or instruments (collectively, the "**Credit Documents**") as may be deemed necessary or appropriate by the Authorized Person; and it is further

**RESOLVED**, that the Company is hereby authorized, and each Authorized Person shall be, and hereby is, authorized, on behalf of and in the name of the Company, to the extent applicable, to obtain the use of cash collateral, in such amounts and on such terms as may be agreed by any Authorized Person, including the grant of replacement liens, as is reasonably necessary for the continuing conduct of the affairs of the Company; and it is further

**RESOLVED**, that the Company is hereby authorized, and each Authorized Person shall be, and hereby is, authorized, on behalf of and in the name of the Company, to the extent applicable, to enter into, and to seek authority from the Bankruptcy Court to assume, any restructuring support agreement or similar agreements entered into in connection with the Chapter 11 Cases and to enter into, and/or seek assumption of, any agreements, documents, or instruments related thereto; and it is further

**RESOLVED**, that the Company is hereby authorized, and each Authorized Person shall be, and hereby is, authorized, directed and empowered, with full power of delegation, on behalf of and in the name of the Company, to execute, verify and/or file, or cause to be filed and/or executed or verified (or direct others to do so on their behalf as provided herein), and to amend, supplement or otherwise modify from time to time, all necessary or appropriate documents, including, without limitation, petitions, affidavits, schedules, motions, lists, applications, pleadings and other documents, agreements and papers, including all Credit Documents, and to take any and all actions that the Authorized Person deems necessary or appropriate, each in connection with the Chapter 11 Cases, any post-petition financing or any cash collateral usage contemplated hereby or thereby; and it is further

**RESOLVED**, that the Company is hereby authorized, and each Authorized Person shall be, and hereby is, authorized, directed and empowered, on behalf of and in the name of the Company, to employ and retain the law firms of Latham & Watkins LLP and Hunton Andrews Kurth LLP to act as attorneys for the Company, FTI Consulting, Inc. to act as financial advisor for the Company, and Moelis & Company LLC to act as investment banker for the Company, in each case in connection with the Chapter 11 Cases; and it is further

**RESOLVED**, that the Company is hereby authorized, and each Authorized Person shall be, and hereby is, authorized, directed and empowered, on behalf of and in the name of the Company, to employ and retain such further legal, restructuring, financial, accounting and bankruptcy services firms (together with the foregoing identified firms, the "**Professionals**") as may be deemed necessary or appropriate by the Authorized Person to assist the Company in carrying out its responsibilities in the Chapter 11 Cases and achieving a successful reorganization; and it is further

**RESOLVED**, that the Company is hereby authorized, and each Authorized Person shall be, and hereby is, authorized, with full power of delegation, in the name and on behalf of the Company, to take or cause to be taken any and all such further action and to execute and deliver or cause to be executed or delivered, and to amend, supplement or otherwise modify from time to time,  all such further agreements, documents, certificates, statements, notices, undertakings and other writings, and to incur and to pay or direct payment of all such fees and expenses, as in the

judgment of the Authorized Person shall be necessary, appropriate or advisable to effectuate the purpose and intent of any and all of the foregoing resolutions.

**Rights Offering**

**WHEREAS**, in connection with the Chapter 11 Cases and the Company's emergence from bankruptcy, the Company will issue to holders of its 9.125% Senior Notes due 2020 who have affirmatively opted out of receiving the cash payout (the "**Cash Opt Out Noteholders**") subscription rights (the "**Rights**") to purchase, in the aggregate, 44.80% of the total shares of its new common stock (the "**New Common Stock**") for an aggregate purchase price of $177 million (the "**Rights Offering**"); and

**WHEREAS**, concurrent with the Rights Offering, the Company shall issue, in the aggregate, 25.31% of the total shares of the New Common Stock for an aggregate purchase price of $100 million to certain noteholders (the "**Equity Commitment Parties**") payable by exchanging an aggregate principal amount of $100 million of term loans owned or controlled by such noteholders (the "**Equity Commitment Transaction**").

**NOW, THEREFORE, BE IT RESOLVED**, that the Rights Offering and the Equity Commitment Transaction, and the execution and delivery by the Company of documents necessary to give effect thereto, including the Rights Offering Procedures, the Subscription Agreement to be delivered to the Cash Opt Out Noteholders, the Backstop Party Addendum, the Equity Commitment Party Addendum and the Subscription Agent Agreement, each document substantially in the form previously provided to the Board of Directors (collectively, the "**Rights Offering Documents**"), and the performance by the Company of its obligations and the exercise by the Company of its rights thereunder, are hereby approved and authorized in all respects; and it is further

**RESOLVED**, that the Authorized Persons be, and each of them acting alone hereby is, authorized and empowered, for and on behalf of the Company, to negotiate, approve, execute, enter into and/or effect, as applicable, the Rights Offering Documents, in such form and with such terms and conditions as are appropriate and customary and with such changes and additions as such Authorized Person may deem necessary, appropriate or advisable, such determination to be conclusively evidenced by the execution and delivery of such Rights Offering Documents in final form; and it is further

**RESOLVED**, that the Authorized Persons be, and each of them acting alone hereby is, authorized and empowered, for and on behalf of the Company, to do and perform all such acts and things and to enter into, execute and deliver all such other documents that, in the judgment of the Authorized Person taking such actions, are necessary, advisable or appropriate to effect and carry out the purposes and intent of the Rights Offering Documents, the Rights Offering, the Equity Commitment Transaction and to issue the Rights and corresponding New Common Stock; and it is further

**RESOLVED**, that the Authorized Persons be, and each of them acting alone hereby is, authorized and empowered, for and on behalf of the Company, to engage Prime Clerk LLC to serve as the subscription agent; and it is further

**RESOLVED**, that the Authorized Persons be, and each of them acting alone hereby is, authorized and empowered, for and on behalf of the Company, to engage Computershare Inc. to serve as the Company's transfer agent and to record in its books and records the issuance of New Common Stock to (i) Cash Opt Out Noteholders who have timely and validly exercise their Rights in accordance with the Rights Offering Procedures and (ii) the Equity Commitment Parties; and it is further

**RESOLVED**, that the Authorized Persons be, and each of them acting alone hereby is, authorized and empowered, for and on behalf of the Company, to make the shares of the New Common Stock eligible for issuance through the Depository Trust Company ("**DTC**"), and if any of the Authorized Persons so deem it necessary, advisable or appropriate with regard to the New Common Stock, the Authorized Persons be, and each of them acting alone hereby is, authorized to take all such further action and to file with DTC all such further documents as may, in the judgment of the Authorized Person taking such actions, be necessary, advisable or appropriate in order to accomplish the same; and it is further

**General**

**RESOLVED**, that all acts lawfully done or actions lawfully taken by any officer of the Company or any of the Professionals in connection with the Chapter 11 Case or any proceedings related thereto, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company; and it is further

**RESOLVED**, that any and all actions, whether previously or subsequently taken by any Authorized Person or any other person authorized to act by an Authorized Person, that are consistent with the intent and purpose of the foregoing resolutions or in connection with any matters referred to herein, shall be, and the same hereby are, in all respects, ratified, approved and confirmed; and it is further

**RESOLVED**, that for the purposes of these resolutions, the term "**Authorized Person**" shall mean and include Jeffrey Gardner, Fred Graffam, and William Niles.

This Consent may be executed in one or more counterparts.

The Secretary of the Company is hereby directed to place an executed copy of this Consent in the minutes of the proceedings of the Board of Directors.

**IN WITNESS WHEREOF**, the undersigned, constituting all of the members of the Board of Directors of the Company, have executed these Resolutions Adopted by Unanimous Written Consent as of the date first set forth above.

**Monitronics International, Inc.**
a Texas Corporation

DocuSigned by:

*Jeff Gardner*

7288B9EF39D8455...

Name: Jeffery R. Gardner                     Name: William E. Niles
Title: Chairman of the Board                 Title: Director


Name: Marc A. Beilinson                      Name: Sherman K. Edmiston III
Title: Director                              Title: Director

This Consent may be executed in one or more counterparts.

The Secretary of the Company is hereby directed to place an executed copy of this Consent in the minutes of the proceedings of the Board of Directors.

**IN WITNESS WHEREOF**, the undersigned, constituting all of the members of the Board of Directors of the Company, have executed these Resolutions Adopted by Unanimous Written Consent as of the date first set forth above.

**Monitronics International, Inc.**
a Texas Corporation

_____
Name: Jeffery R. Gardner
Title: Chairman of the Board

_____
Name: William E. Niles
Title: Director

_____
Name: Marc A. Beilinson
Title: Director

_____
Name: Sherman K. Edmiston III
Title: Director

This Consent may be executed in one or more counterparts.

The Secretary of the Company is hereby directed to place an executed copy of this Consent in the minutes of the proceedings of the Board of Directors.

**IN WITNESS WHEREOF**, the undersigned, constituting all of the members of the Board of Directors of the Company, have executed these Resolutions Adopted by Unanimous Written Consent as of the date first set forth above.

**Monitronics International, Inc.**
a Texas Corporation

Name: Jeffery R. Gardner
Title: Chairman of the Board

Name: William E. Niles
Title: Director

Name: Marc A. Beilinson
Title: Director

Name: Sherman K. Edmiston III
Title: Director

This Consent may be executed in one or more counterparts.

The Secretary of the Company is hereby directed to place an executed copy of this Consent in the minutes of the proceedings of the Board of Directors.

**IN WITNESS WHEREOF**, the undersigned, constituting all of the members of the Board of Directors of the Company, have executed these Resolutions Adopted by Unanimous Written Consent as of the date first set forth above.

**Monitronics International, Inc.**
a Texas Corporation

Name: Jeffery R. Gardner
Title: Chairman of the Board

Name: William E. Niles
Title: Director

Name: Marc A. Beilinson
Title: Director

Name: Sherman K. Edmiston III
Title: Director

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| MONITRONICS INTERNATIONAL, | § | Case No. 19-_____ |
| INC., *et al.*, | § | |
| | § | |
| Debtors.[1] | § | Joint Administration Pending |
| | § | |

## CONSOLIDATED LIST OF CREDITORS WHO HAVE THE 30 LARGEST UNSECURED CLAIMS AND ARE NOT INSIDERS

The above-captioned debtors and debtors in possession (collectively, the "**Debtors**") hereby certify that the *Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* submitted herewith contains the names and addresses of the Debtors' top 30 unsecured creditors.  The list has been prepared from the unaudited books and records of the Debtors. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in the Debtors' chapter 11 cases. The list does not include (i) persons that come within the definition of "insider" set forth in 11 U.S.C. § 101(31) or (ii) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 30 largest unsecured claims. The information contained herein shall not constitute an admission of liability by, nor is it binding on, the Debtors. Moreover, nothing herein shall affect the Debtors' rights to challenge the amount or characterization of any claim at a later date. The failure to list a claim as contingent, unliquidated or disputed does not constitute a waiver of the Debtors' rights to contest the validity, priority and/or amount of any such claim.

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are:  Monitronics International, Inc. (9343), Security Networks LLC (8893), MIBU Servicer Inc. (5978), LiveWatch Security, LLC (3274), Platinum Security Solutions, Inc. (3850), Monitronics Canada, Inc. (9545), MI Servicer, LP, LLC (N/A), Monitronics Security LP (6524), and Monitronics Funding LP (6754).  The location of the Debtors' corporate headquarters and the Debtors' service address is:  1990 Wittington Place, Farmers Branch, Texas 75234.

Debtor name: <u>Monitronics International, Inc.</u>

United States Bankruptcy Court for the Southern District of Texas

Case number (If known):    19-

☐  Check if this is an
amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | U.S. Bank National Association Indenture Trustee 100 Wall Street, Suite 1600 New York, NY 10005 | Wendy Kumer Tel: (212) 951-8561 wendy.kumar@usbank.com | Senior Unsecured Notes | | | | $625,035,937.50 |
| 2 | ALARM.COM Incorporated 8487 8281 Greensboro Drive, Suite 100 Tysons, VA 22102 | Stephen S. Trundle Chief Executive Officer and President Tel: (877) 389-4033 info@alarm.com | Trade Claim | | | | $3,587,927.56 |
| 3 | Skyline Security Management, Inc. 10642 Downey Ave., Suite 205 Downey, CA 90241 | Edwin Arroyave CEO & Founder Tel: (888) 775-9732 j.arroyave@skylinesecurity.com | Dealer Holdback Claim | C | | | $1,874,070.96 |
| 4 | AllianceOne Receivables Management Inc. 4850 East Street Road, Suite 300 Trevose, PA 19053 | Roni Teson Tel: (215) 354-5500 Roni.teson@teleperformance.com | Trade Claim | | | | $1,412,347.36 |
| 5 | Microsoft Corporation 1 Microsoft Way Redmond, WA 98052-6399 | Satya Nadella CEO & Director Tel: (425) 882-8080 Fax: (425) 706-7329 | Trade Claim | | | | $1,150,945.00 |
| 6 | Power Home Technologies, LLC 4521 Preslyn Drive Raleigh, NC 27616 | Ben Brookhart CEO Tel: (844) 748-7233 owners@pht.com | Dealer Holdback Claim | C | | | $1,134,413.25 |
| 7 | The Brinks Company 1801 Bayberry Ct. P.O. Box 18100 Richmond, VA 23266-8100 | Ronald J. Domanico Executive VP & CFO Tel: (804) 289-9600 corporate.relations@brinksinc.com | Licensing Claim | | | | $964,817.00 |
| 8 | Google LLC 1600 Amphitheatre Parkway Mountain View, CA 94043 | Sundar Pichai CEO Tel: (650) 253-2000 Fax: (650) 253-0001 | Trade Claim | | | | $950,000.00 |

Debtor Name __Monitronics International, Inc.__                                   Case number (*if known*) 19-____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Curtis Kindred, Inc. 2701 Brown TRL Bedford, TX 76021 | Curtis R. Kindred President Tel: (817) 900-8457 crkindred@ americandefensesystems.com | Dealer Holdback Claim | C | | | $581,873.17 |
| 10 | Texas Comptroller of Public Accounts Lyndon B. Johnson State Office Building 111 East 17th Street Austin, TX 78774 | Texas Comptroller of Public Accounts Tel: (800) 252-1381 treasury@texas.gov | Sales Tax Claim | | | | $577,632.40 |
| 11 | ALARMNET (333597) 26069 Network Place Chicago, IL 60673-1260 | Elaine Schmitt Tel: (631) 692-1957 Elaine.schmitt@honeywell.com | Trade Claim | | | | $416,088.00 |
| 12 | Capital Connect, Inc. 6400 E. Grant Road, #270 Tucson, AZ 85715 | Sean Mcbride Tel: (520) 209-2525 customerservice@ capitalconnect.com | Dealer Holdback Claim | C | | | $368,902.57 |
| 13 | Cyber Group, Inc. 12900 Preston Road, Suite 900 Dallas, TX 75230 | Saurajit Kanungo Tel: (469) 916-7730 Info-at-cybergroup.com | Trade Claim | | | | $357,000.00 |
| 14 | American Express 200 Vesey Street New York, NY 10285 | Kenneth I. Chenault, CFO Tel: (212) 640-2000 IR@aexp.com | Trade Claim | | | | $328,529.00 |
| 15 | ACTSS Corp. 381 Callejuan Calaf San Juan, PR 00918 | Carla Colon Tel: (787) 782-6517 alex@intelactpr.net | Dealer Holdback Claim | C | | | $257,538.27 |
| 16 | B & D Security, Inc. 9120 Norwalk Blvd. Santa Fe Springs, CA 90670 | Ousvaldo Lerma Tel: (562) 821-2900 collectionsmonicm@yahoo.com | Dealer Holdback Claim | C | | | $220,649.86 |
| 17 | Zenith Security Solutions, LLC 9175 W. State St. Boise, ID 83714 | Kelly Barham Tel: (888) 515-6199 info@zenith-security.com | Dealer Holdback Claim | C | | | $198,862.78 |
| 18 | Craftmark Products Inc. (d/b/a TGI Direct) 5365 Hill 23 Drive Flint, MI 48507 | Deborah Willis Tel: (817) 457-8412 sales@tgidirect.com | Trade Claim | | | | $193,789.50 |
| 19 | Alpha One Security Solutions, Inc. 10 Ave. Laguna, Suite 256 Shopping Laguna Gardens Carolina, PR 00979 | Javier Marrero Tel: (800) 707-2693 cc@alphaonesecurity.com | Dealer Holdback Claim | C | | | $191,742.93 |
| 20 | Florida – Department of Revenue 5050 W. Tennessee St. Tallahassee, FL 32399-0100 | Mark Hamilton Tel: (850) 488-6800 DORGTA@floridarevenue.com | Sales Tax | | | | $190,449.04 |
| 21 | Direct Protect Security & Surveillance, Inc. 3151 Airway Ave. #F-205 Costa Mesa, CA 92626 | Matt Liebelt Tel: (714) 673-6800 matt@directprotectnow.com | Dealer Holdback Claim | C | | | $186,039.93 |

**Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims**

Debtor Name  Monitronics International, Inc.                                        Case number (if known) 19-

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 22 | Security Investments LLC 3681 Corporate Drive Columbus, OH 43231 | Bill Marks Tel: (614) 441-4601 bill@ohalarm.com | Dealer Holdback Claim | C | | | $184,859.53 |
| 23 | Allied Security LLC 507 N. Sam Houston Pkwy E., Suite 400 Houston, TX 77060 | Heather and Michael Pittman Tel: (281) 820-2810 arap@alliedhomesecurity.net | Dealer Holdback Claim | C | | | $171,241.78 |
| 24 | Voziq 11951 Freedom Drive, 13th Floor Reston, VA 20190 | Vasudeva Akula Tel: (703) 597-3843 info@voziq.com | Trade Claim | | | | $165,000.00 |
| 25 | Alpha One Security Solutions LLC 2462 Sand Lake Rd. Orlando, FL 32809 | Javier Marrero Tel: (866) 307-1877 contracts@alphaonefl.com | Dealer Holdback Claim | C | | | $163,090.47 |
| 26 | Department of Treasury of Puerto Rico P.O. Box 9024140 San Juan, PR 00902-4140 | Edificio Intendente Ramirez Tel: (787) 622-0123 info@hacienda.pr.gov | Sales Tax | | | | $146,940.28 |
| 27 | Allata 2777 N. Stemmons Fwy, Suite 1240 Dallas, TX 75207 | Matthew Rose Tel: (972) 814-1285 info@allata.co | Trade Claim | | | | $130,000.00 |
| 28 | Nest Labs Inc. 3400 Hillview Avenue Palo Alto, CA 94304 | Tony Fadell, Co-Founder, CEO and Director Tel: (650) 331-1127 | Trade Claim | | | | $127,496.00 |
| 29 | CSG Systems Inc. 6175 S. Willow Drive, 10th Floor Greenwood Village, CO 80111 | Bret C. Griess Tel: (303) 200-2000 List-CSG Billing Inquiries@CGI.com | Trade Claim | | | | $125,000.00 |
| 30 | Envision Security Inc. 9299 W. Olive Ave., Bld. 2, Suite 213 Peoria, AZ 85345 | Tel: (623) 877-1106 Darryl@envnow.com | Dealer Reserve Holdback Claim | C | | | $119,725.67 |

**Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims**

**Fill in this information to identify the case and this filing:**

Debtor Name __Monitronics International, Inc.__

United States Bankruptcy Court for the Southern District of Texas

Case number *(if known)*: 19-_____

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors                    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership, or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐      *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☐      *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐      *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐      *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐      *Schedule H: Codebtors* (Official Form 206H)

☐      *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐      *Amended Schedule* ___

☒      *Chapter 11* or *Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐      Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __06/30/2019__                    **X**   *Fred Graffam*
                      MM/DD/YYYY                                ─────────────────────────────
                                                                Signature of individual on behalf of debtor

                                                                Fred Graffam
                                                                ─────────────────────────────
                                                                Printed name

                                                                CFO, Executive Vice President, and Asst. Secretary
                                                                ─────────────────────────────
                                                                Position or relationship to debtor

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| MONITRONICS INTERNATIONAL, | § | Case No. 19-_____ |
| INC., | § | |
| | § | |
| Debtor.[1] | § | |
| | § | |

## STATEMENT OF CORPORATE OWNERSHIP

Following is the list of entities that directly or indirectly own 10% or more of any class of Monitronics International, Inc.'s equity interests. This list is prepared in accordance with Fed. R. Bankr. P. 1007(a)(1) and Fed. R. Bankr. P. 7007.1 in this chapter 11 case.

Ascent Capital Group, Inc.


## LIST OF EQUITY SECURITY HOLDERS

Following is a list of debtor Monitronics International, Inc.'s equity security holders. This list has been prepared in accordance with Fed. R. Bankr. P. 1007(a)(3) for filing in this chapter 11 case.


Ascent Capital Group, Inc.
5251 DTC Parkway, Suite 1000
Greenwood Village, CO 80111
(100%)

---

[1]      The last four digits of the Debtor's federal tax identification number are 9343.  The location of the Debtor's corporate headquarters and the Debtor's service address is:  1990 Wittington Place, Farmers Branch, Texas 75234.

| Fill in this information to identify the case and this filing: |
|---|

Debtor Name <u>Monitronics International, Inc.</u>

United States Bankruptcy Court for the Southern District of Texas

Case number *(if known)*: <u>19-</u>

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership, or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ *Amended Schedule* ___

☐ *Chapter 11* or *Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒ Other document that requires a declaration __Corporate Ownership Statement; List of Equity Security Holders__

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    06/30/2019          X   *Fred Graffam*
                MM/DD/YYYY                ⌐0D48628BFCB147F...
                                          Signature of individual on behalf of debtor

                                          Fred Graffam
                                          Printed name

                                          CFO, Executive Vice President, and Asst. Secretary
                                          Position or relationship to debtor