CASE #
19-33650

Aug 27, 2019

United States Courts
Southern District of Texas
FILED

SEP 03 2019

David J. Bradley, Clerk of Court

I, Eliezer Mizrachi, am filing a complaint against Brinks Home Security, formerly Monitronics for a falsified contract. I had 2 men come to my door on Aug 12, 2017 and signed me up for a 2 year contract not 5 YEAR! The contract has an electronic signature that I did not sign! I want this contract terminated!

Sincerely,
Eliezer Mizrachi
3756 Toscanella Ave
Henderson, NV
89052

702.759.6642
702.348.7428